**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **AKIO MONTRAIL SMITH,** | § | |
| **Petitioner,** | § | |
| | § | **No. 3:05-CV-2125-P** |
| **v.** | § | **ECF** |
| | § | |
| **NATHANIEL QUARTERMAN, Director,** | § | |
| **TDCJ-CID,** | § | |
| **Respondent.** | § | |

**ORDER**

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this 2nd day of February 2007.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE